**Order entered May 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00398-CV

**KAYE/BASSMAN INTERNATIONAL CORP., Appellant**

**V.**

**PANKAJ DHANUKA, ET AL., Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03698-07**

## ORDER

We **GRANT** appellees' May 7, 2013 unopposed motion for an extension of time to file a

brief. Appellees shall file their brief on or before May 29, 2013.


/s/     DAVID LEWIS
         JUSTICE